

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GILBERT NAVES,
    #32013

         Plaintiff,                    3:11-cv-00153-LRH-RAM

vs.
                                       **ORDER**
MIKE HALEY,

         Defendant.

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On May 4, 2011, the court entered a Screening Order allowing the complaint to proceed. Plaintiff has filed a motion to correct service instructions in screening order (docket #8). Good cause appearing, plaintiff's motion is granted.

**IT IS THEREFORE ORDERED** that plaintiff's motion to correct screening order (docket #8) is **GRANTED**.

**IT IS FURTHER ORDERED** that as follows:

1. The Clerk **shall electronically serve a copy of this order on the Office of the Washoe County District Attorney.**

2. Defendant(s) shall file and serve an answer or other response to the complaint within **thirty (30) days** of the date of entry of this Order. This Order supersedes the portion of the Screening Order directing summons to issue and plaintiff to furnish USM-285 forms.

DATED this 24th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE