1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                            * * * * *

9   GILBERT NAVES,                    )
                                      )
10              Plaintiff,            )        3:11-cv-00153-LRH-WGC
                                      )
11  v.                               )
                                      )        O R D E R
12  MIKE HALEY, *et al.*,            )
                                      )
13              Defendants.           )
    _____ )

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

16  Cobb (#19[1]) entered on October 20, 2011, recommending denying Defendant Haley's Motion to

17  Dismiss (#11) filed on June 22, 2011, and denying Plaintiff's Motion to Strike (#13) filed on July 12,

18  2011. No objection to the Report and Recommendation has been filed. The action was referred to the

19  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice

20  of the United States District Court for the District of Nevada.

21          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

22  memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

23  and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

24  (#19) entered on October 20, 2011, should be adopted and accepted.

25
    _____
26          [1]Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#19)

2 entered on October 20, 2011, is adopted and accepted, and Defendant Haley's Motion to Dismiss (#11)

3 is DENIED, and Defendants shall answer Plaintiff's complaint.

4    IT IS FURTHER ORDERED that  Plaintiff's Motion to Strike (#13) is DENIED.

5

6    IT IS SO ORDERED.

7    DATED this 17th day of November, 2011.

8

9

10   _____

11   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                          2