UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GILBERT NAVES, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00153-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| MIKE HALEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#19[1]) entered on October 20, 2011, recommending denying Defendant Haley's Motion to Dismiss (#11) filed on June 22, 2011, and denying Plaintiff's Motion to Strike (#13) filed on July 12, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#19) entered on October 20, 2011, should be adopted and accepted.

---

[1] Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#19)
2 entered on October 20, 2011, is adopted and accepted, and Defendant Haley's Motion to Dismiss (#11)
3 is DENIED, and Defendants shall answer Plaintiff's complaint.
4    IT IS FURTHER ORDERED that Plaintiff's Motion to Strike (#13) is DENIED.

6    IT IS SO ORDERED.
7    DATED this 17th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE