**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT NAVES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MIKE HALEY,<br><br>　　　　　Defendants. | 3:11-cv-00153-LRH-WGC<br><br>**REPORT AND RECOMMENDATION**<br>**OF U.S. MAGISTRATE JUDGE** |

This Report and Recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

On November 1, 2011, this court entered a notice (Doc. #22)[1] instructing plaintiff to comply with LSR 2–2 by providing the court with any change of address by November 30, 2011. That order was returned to the court as "undeliverable" (Doc. #23), as was the court's order (Doc. #24) adopting the October 20, 2011 Report and Recommendation of the U. S. Magistrate Judge William G. Cobb (Doc. #19).

Plaintiff was further advised in the court's notice of November 1, 2011 (Doc. #22), that if he did not file a change of address to the court by November 30, 2011, that a Report and Recommendation would be submitted to the District Judge recommending the plaintiff's action be dismissed with prejudice. Plaintiff has not complied with LSR 2-2, as discussed in the notice to plaintiff of November 1, 2011. The consequences of a failure to provide the court

---

[1] Refers to court's docket number.

with a current address were provided to plaintiff at the last known address he provided the Court. Good cause appearing, therefore,

**IT IS HEREBY RECOMMENDED** that the District Judge enter an Order **DISMISSING** plaintiff's action with prejudice.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen (14) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

DATED: December 1, 2011.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE