UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| GILBERT NAVES, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00153-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| MIKE HALEY, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate William G. Cobb (#26[1]) entered on December 1, 2011, recommending dismissing the complaint with prejudice due to Plaintiff's failure to comply with LSR 2-2 and notify the court of a change of address. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and the Local Rules of Practice, LR IB 1-4.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#26) entered on December 1, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#26)

---

[1] Refers to court's docket number.

1 entered on December 1, 2011, is adopted and accepted, and that this action is DISMISSED with
2 prejudice. The Clerk of the Court shall enter judgment accordingly.
3     IT IS SO ORDERED.
4     DATED this 6th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE