UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

GILBERT NAVES,        )
                      )
      Plaintiff,   )        3:11-cv-00153-LRH-WGC
                      )
v.                    )
                      )        O R D E R
MIKE HALEY,           )
                      )
      Defendant.   )
_____)

      Before this Court is the Report and Recommendation of U.S. Magistrate William G. Cobb (#26[1]) entered on December 1, 2011, recommending dismissing the complaint with prejudice due to Plaintiff's failure to comply with LSR 2-2 and notify the court of a change of address. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and the Local Rules of Practice, LR IB 1-4.

      The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#26) entered on December 1, 2011, should be adopted and accepted.

      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#26)

---

[1] Refers to court's docket number.

entered on December 1, 2011, is adopted and accepted, and that this action is DISMISSED with prejudice. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 6th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE