AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

GILBERT NAVES,

    Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:11-cv-00153-LRH-WGC**

MIKE HALEY, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Dkt. No. 26) is adopted and accepted and this action is DISMISSED with prejudice.

| | |
|---|---|
|   January 6, 2012 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ Katie Lynn Ogden |
| | Deputy Clerk |